**SODW**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HUMBERTO JAVIEL, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSONS LLC, an individual; DOES I-X inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-01835-JAD-BNW <br><br><br> ECF No. 16 |

**STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSONS LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSONS LLC, and Plaintiff, HUMBERTO JAVIEL, by and through JOHN B. GREENE, ESQ., and ROBERT D. VANNAH, ESQ., of VANNAH & VANNAH and by and through GREG D. JENSEN, ESQ., and BRIG JENSEN, ESQ., of LAW OFFICE OF GREG D. JENSON as follows:

That Defendant, ALBERTSONS LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties.  Each party to bear their own fees and costs.

*Humberto Javiel v. Albertsons LLC*
Case No.: 2:24-cv-01835-JAD-BNW

IT IS FURTHER STIPULATED AND AGREED TO vacate the following dates from Court's calendar:

1. Jury Trial – September 1, 2026 at 9:00 a.m.; and
2. Calendar Call – August 17, 2026 at 1:30 p.m.

DATED this 7th day of January 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

DATED this 7th day of January, 2026.

**VANNAH & VANNAH**

*/s/ John Greene*
_____
**JOHN B. GREENE, ESQ.**
Nevada Bar No. 004279
**ROBERT D. VANNAH, ESQ.**
Nevada Bar No. 002503
5512 South Fort Apache Road, Suite 130
Las Vegas, Nevada 89148

-and-

**GREG D. JENSEN, ESQ.**
Nevada Bar No. 008510
**BRIG JENSEN, ESQ.**
Nevada Bar No. 15577
**LAW OFFICES OF GREG D. JENSEN**
2700 East Lake Mead Boulevard, Suite 8
North Las Vegas, Nevada 89030
*Attorneys for Plaintiff,*
*HUMBERTO JAVIEL*

### ORDER

Based on the parties' stipulation and with good cause appearing, IT IS ORDERED that this case is dismissed, each party to bear its own fees and costs; and the jury trial scheduled for 9/1/26 and all related dates and deadlines are VACATED. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 9, 2026